AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

United States Courts
Southern District of Texas
FILED

APR 18 2018

David J. Bradley, Clerk of Court

Anthony David Teague
*Petitioner*

v.

Director TDCJ-CID
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ____________
*(Supplied by Clerk of Court)*

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Anthony David Teague
   (b) Other names you have used: ____________
2. Place of confinement:
   (a) Name of institution: TDCJ-McConnell Unit
   (b) Address: 3001 S. Emily Drive
   Beeville, TX 78102
   (c) Your identification number: 01976916
3. Are you currently being held on orders by:
   ☐ Federal authorities ☒ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 219th District Court of Collin County, TX
   (b) Docket number of criminal case: 366-82919-2013
   (c) Date of sentencing: Feb. 10, 2014
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: ____________

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other *(explain)*: Sentence was improperly enhanced by expired prior Federal conviction that was constitutionally invalid

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: United States District Court, District of New Mexico - Las Cruces

(b) Docket number, case number, or opinion number: 2:03CR 1133 RB

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: judgment of conviction

(d) Date of the decision or action: Conviction final on March 25th, 2004

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: U.S. Court of Appeals for the 10th Circuit

(2) Date of filing: unknown

(3) Docket number, case number, or opinion number: 443 F.3d 1310

(4) Result: affirmed

(5) Date of result: April 2006

(6) Issues raised: jury instructions, conditions of supervised release

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: United States Supreme Court

(2) Date of filing: unknown

(3) Docket number, case number, or opinion number: unknown

(4) Result: cert denied

(5) Date of result: October 2006

(6) Issues raised: same as #7

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: none was available

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes ☐ No

If "Yes," provide:

(1) Name of court: U.S. District Court of New Mexico

(2) Case number: 2:07CV326 RB/LCS

(3) Date of filing: March 31, 2007

(4) Result: denied or dismissed

(5) Date of result: August 2007

(6) Issues raised: IATC competency of defendant and misadvice regarding defense

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Petitioner is no longer in custody for Federal conviction and sentence, but is in state custody and current sentence has been enhanced by the expired prior conviction

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result: ____________

(5) Date of result: ____________

(6) Issues raised: ____________

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Petition for Writ of Error Coram Nobis

(b) Name of the authority, agency, or court: U.S. District Court, District of New Mexico

(c) Date of filing: July 2016

(d) Docket number, case number, or opinion number: 2:16cv895 RB/WPL

(e) Result: dismissed

(f) Date of result: October 2017

(g) Issues raised: IATC - jury instructions

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Current sentence violates Due Process as it was enhanced by an invalid prior where Petitioner was denied his right to the effective assistance of counsel when his trial attorney failed to object to improper jury instructions or failed to request proper jury instructions

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The jury instructions failed to require defendant acted with specific intent and did not include a "reasonable person" element. Trial attorney filed a 2007 affidavit where he articulates a trial strategy inconsistent with his conduct at trial

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☒ No

**GROUND TWO**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: IATC not suited for direct appeal as record was not fully developed regarding trial attorney strategy

**Request for Relief**

15. State exactly what you want the court to do: vacate the New Mexico Federal judgment order Petitioner re-sentenced on State case, and any other relief to which he may be entitled

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

April 15th, 2018

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/18/18

Anthony David Teague
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Anthony David Teague
TDCJ-ID#: 1976916
William G. McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT

United States Courts
Southern District of Texas
FILED

APR 18 2018

David J. Bradley, Clerk of Court

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

LEGAL MAIL
Privileged and
confidential

78401-200399